Tewold *v.* Keystone Tankship Corp.
(et al., Appellant).

Argued April 20, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Henry F. Huhn,* with him *Howard R. Detweiler,* for appellant.

*Thomas L. Anderson,* with him *Thomas F. Mount,* and *Rawle & Henderson,* for appellee.

OPINION PER CURIAM, May 25, 1965:

This is an appeal from the order of the lower court which dismissed preliminary objections filed by defendant Tenneco to the new matter set forth by another defendant, Sun Oil Company.

The order is interlocutory and not appealable. Cf. *Vendetti v. Schuster,* 418 Pa. 68.

Appeal quashed.